IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jonathan Morrison, | § § § | |
| *Plaintiff,* | § § | Case No. 4:23-cv-00250 |
| v. | § § | |
| Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, | § § § § § | |
| *Defendant.* | | |

## ORDER TRANSFERRING CASE

In this appeal from the social security administration, both parties have consented to the jurisdiction of the Magistrate Judge to conduct all proceedings in this case. *See* Dkt. 11 (Plaintiff's consent); Dkt. 6 (Defendant's consent). Accordingly, the requirements of 28 U.S.C. § 636(c)(1) are met.

Accordingly, it is hereby **ORDERED** that this case is transferred to United States Magistrate Judge Yvonne Y. Ho to conduct all further proceedings including entering final judgment.

Signed on ___AUG 2 1 2023___, at Houston, Texas.

Alfred H. Bennett
United States District Judge

1