United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jonathan Morrison, | § § § | |
| *Plaintiff,* | § § § | Case No. 4:23-cv-00250 |
| v. | § § | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | § § § § | |
| *Defendant.* | § § | |

## **FINAL JUDGMENT**

In accordance with the Memorandum and Order entered on April 30, 2024 (Dkt. 16) and pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** that the Social Security Administration's determination is **REVERSED**.

It is further **ORDERED** that this case is **REMANDED** to the Commissioner for further administrative proceedings.

This is a final, appealable judgment.

Signed on April 30, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge